AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA DIANE SHAW, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 7:12-CV-248-D** |
| *Commissioner of the Social* ) | |
| *Security Administration,* ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court grants Defendant's Motion to Remand [D.E. 6], and hereby remands the case to the Commissioner to hold a de novo hearing and issuance of a new decision. Upon completion of the new hearing and issuance of a new decision, the Commissioner is directed to provide notice to this Court of its readiness to proceed.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 17, 2012,** WITH A COPY TO:

Monica Rathke Savidge (via CM/ECF Notice of Electronic Filing)
Marc D. Epstein (via CM/ECF Notice of Electronic Filing)


December 17 , 2012                                        JULIE A. RICHARDS, Clerk
Date                                                          Eastern District of North Carolina

                                                                               /s/Debby Sawyer
                                                                               (By) Deputy Clerk

Raleigh, North Carolina